Commonwealth *v.* Kent, Appellant.

Argued December 7, 1972. *Mark S. Refowich,* for appellant; *Michael E. Riskin,* Assistant

District Attorney, and *Charles H. Spaziani,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.